| | |
|---|---|
| CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney<br><br>MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division<br><br>ELI J. COHEN (NYBN 5539226)<br>Assistant United States Attorney<br><br>    450 Golden Gate Avenue, Box 36055<br>    San Francisco, California 94102-3495<br>    Telephone: (415) 436-7200<br>    FAX: (415) 436-7234<br>    Eli.Cohen@usdoj.gov<br><br>Attorneys for United States of America | **FILED**<br><br>Nov 20 2025<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY KIPP-GALATTI,<br><br>    Defendant. | CASE NO. 3:25-mj-71395 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about November 19, 2025, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an indictment pending in the Eastern District of California, case number 2:25-CR-0239-DC. In that case (copy of indictment attached), the defendant is charged with a violation of 18 U.S.C. §§ 2423(c) and (f) – Engaging in Illicit Sexual Conduct in a Foreign Place and Attempt.

The maximum penalties are as follows:

    a.  Imprisonment: 30 years

    b.  Supervised Release: Minimum five years; maximum of life

    c.  Fine: $250,000

      d.   Special Assessment: $100 per felony count

      e.   Forfeiture

      f.   Restitution

      g.   Potential deportation/removal or other immigration consequences, if applicable

                                             Respectfully Submitted,

                                             CRAIG H. MISSAKIAN
                                             United States Attorney

Date: November 20, 2025                       */s/ Eli J. Cohen*
                                             ELI J. COHEN
                                             Assistant United States Attorney

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

USA ,

v.

ANTHONY KIPP−GALATTI ,

Case No: **2:25−CR−00239−DC *SEALED***

**SEALED**

## WARRANT FOR ARREST

**TO:  THE UNITED STATES MARSHAL**
   and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:**   Anthony Kipp−Galatti

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Indictment**

charging him or her with *(brief description of offense)*

**ENGAGING IN ILLICIT SEXUAL CONDUCT IN A FOREIGN PLACE AND ATTEMPT**

in violation of Title   **18**   United States Code, Section(s)   **2423(c) and (f)**

| A. Benson | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
|  | **10/23/25**            **Sacramento, CA** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   **NO BAIL**           by   **Magistrate Judge Carolyn K. Delaney**

---

**RETURN**

This warrant was received and executed with the arrest of the above−named defendant

| Date Received | Name and Title of Arresting Officer |
|---|---|
| Date of Arrest | Signature of Arresting Officer |

```
ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
WILLIAM G. CLAYMAN
Trial Attorney
U.S. Department of Justice - Criminal Division
Child Exploitation and Obscenity Section
1301 New York Ave., NW, 11th Floor
Washington D.C., 20530
```

**FILED**
Oct 23, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY KIPP-GALATTI,<br><br>    Defendant. | CASE NO. 2:25-cr-0239 DC<br><br>18 U.S.C. §§ 2423(c) and (f) – Engaging in Illicit Sexual Conduct in a Foreign Place;<br>18 U.S.C. § 2428(b) – Criminal Forfeiture |

## INDICTMENT

<u>COUNT ONE</u>: [18 U.S.C. §§ 2423(c) and (f) – Engaging in Illicit Sexual Conduct in a Foreign Place and Attempt]

The Grand Jury charges: THAT

ANTHONY KIPP-GALATTI,

defendant herein, a United States citizen whose last known residence in the United States is in the Eastern District of California, beginning in or about November 2019, and continuing through in or about July 26, 2020, traveled in foreign commerce, from the United States to Vietnam, and resided temporarily and permanently in Vietnam, a foreign country, and did knowingly engage in illicit sexual conduct, as

defined in Title 18, United States Code, Section 2423(g), and attempted to do so, with Minor 1, a person whose identity is known to the Grand Jury and is under 18 years of age, and who was at least 4 years younger than the defendant, all in violation of Title 18 United States Code, Sections 2423(c) and (f).

FORFEITURE ALLEGATION: [18 U.S.C. § 2428(b) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant ANTHONY KIPP-GALATTI, shall forfeit to the United States pursuant to 18 U.S.C. § 2428(b), any property, real or personal, used or intended to be used to commit or facilitate the commission of such violation, and any property, real or personal, constituting or derived from proceeds traceable to said violation.

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

 a. cannot be located upon the exercise of due diligence;
 b. has been transferred or sold to, or deposited with, a third party;
 c. has been placed beyond the jurisdiction of the Court;
 d. has been substantially diminished in value; or
 e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

*Eric Grant*
ERIC GRANT
United States Attorney

INDICTMENT   2

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.   **No Bail Warrant Pending Hearing**

ANTHONY KIPP-GALATTI

I N D I C T M E N T

VIOLATION(S): 18 U.S.C. §§ 2423(c) and (f) – Engaging in Illicit Sexual Conduct in a Foreign Place; 18 U.S.C. § 2428(b) – Criminal Forfeiture

*A true bill,*   **/s/ Signature on file w/AUSA**

_____
*Foreman.*

Filed in open court this _____ 23rd ___ *day*

of _____ October _____, A.D. 20 25 ___

/s/ L. Kennison
_____
*Clerk.*

**No Bail Warrant Pending Hearing**

_____ Carol M. Delaney _____

GPO 863 525

2:25-cr-0239 DC

## United States v. Anthony Kipp-Galatti
## Penalties for Indictment

**COUNT 1:**

VIOLATION: 18 U.S.C. § 2423(c) and (f)– Engaging in Illicit Sexual Conduct Abroad and Attempt

PENALTIES: 30 years in prison;
Fine of up to $250,000;
Supervised release of at least 5 years up to life
Restitution: 18 U.S.C. §§ 3663 and 3663A

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION: 18 U.S.C. § 2428(b) – Criminal Forfeiture

PENALTIES: As stated in the charging document